■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE AMARO, Appellant. [924 NYS2d 881]—Appeal from a judgment of the Onondaga County Court (William D. Walsh, J.), rendered September 19, 2007. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree, criminal possession of a weapon in the second degree and criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Centra, Peradotto, Gorski and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v NATALIE HALL, Respondent. [924 NYS2d 881]—Appeal from an order of the Monroe County Court (John J. Connell, J.), dated July 10, 2007. The order granted the motion of defendant to dismiss the indictment.

It is hereby ordered that the order so appealed from is unanimously reversed on the law, that part of the motion seeking to dismiss the indictment is denied, the indictment is reinstated, and the matter is remitted to Monroe County Court for further proceedings on the indictment.

Memorandum: The People appeal from an order granting that part of the omnibus motion of defendant seeking to dismiss the indictment against her. The People's contentions are the same as those raised in *People v East* (78 AD3d 1680 [2010]) and *People v Jeffery* (70 AD3d 1512 [2010]) and, for reasons stated in our decisions therein, we reverse the order, deny that part of defendant's omnibus motion seeking to dismiss the indictment, reinstate the indictment and remit the matter to County Court for further proceedings on the indictment. Present—Scudder, P.J., Centra, Peradotto, Gorski and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON ABRON, Appellant. [925 NYS2d 365]—Appeal from a resentence of the Cayuga County Court (Thomas G. Leone, J.), rendered July 22, 2010. Defendant was resentenced pursuant to Correction Law § 601-d.

It is hereby ordered that the resentence so appealed from is unanimously affirmed. Present—Scudder, P.J., Centra, Peradotto, Gorski and Martoche, JJ.